**JS6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JANETTA OSBORNE, individually, and on behalf of all others similarly situated,

                Plaintiff,

vs.

PRIME HEALTHCARE SERVICES, INC.,

                Defendants.

Case No. 2:22-cv-04590-RSWL-KS

**CLASS ACTION**

~~**[PROPOSED]**~~ **ORDER GRANTING JOINT STIPULATION TO DISMISS  [53]**

COLE & VAN NOTE<br>ATTORNEYS AT LAW<br>555 12™ STREET, SUITE 1725<br>OAKLAND, CA 94607<br>TEL: (510) 891-9800

    The Court, having read and considered Plaintiff Janetta Osborne's ("Plaintiff") and Defendant Prime Healthcare Services, Inc.'s ("Prime" and, together with Plaintiff, the "Parties") Joint Stipulation to Dismiss ("Stipulation") and finding good cause therefor, **HEREBY ORDERS THAT**:

    1.    The Stipulation is **GRANTED**;

    2.    Plaintiff's class and/or representative claims are dismissed without prejudice;

    3.    Plaintiff's individual claims are dismissed with prejudice; and

    4.    The Parties shall bear their own fees and costs except as provided for in the settlement agreement.

**IT IS SO ORDERED.**

Date: 12/12/2022



_____

The Honorable R. Gary Klausner
United States District Court Judge